IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                              :
        v.                    :   CRIMINAL NO. 02-cr-00361-JF
                              :
FELIX ROMAN                   :

ORDER

AND NOW, this 11th day of May 2009, upon consideration of the Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), and the government's response, IT IS ORDERED:

That the defendant's motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.