# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 02-361 |
| | : | |
| **FELIX ROMAN, JR.** | : | |

# ORDER

**AND NOW**, this 14th day of September 2022, upon considering Defendant's Motion to reduce and term supervised release (ECF Doc. No. 93), it is **ORDERED**:

1. We **APPOINT** the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Felix Roman for purposes of litigating the Motion (ECF Doc. No. 93) and grant the Defender leave to supplement the pending Motion (ECF Doc. No. 93) no later than **September 30, 2022**; and,

2. The United States is granted leave to respond to the Motion (ECF Doc. No. 93) by no later than **October 17, 2022**.

_____
**KEARNEY, J.**