#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 02-361** |
| | : | |
| **FELIX ROMAN, JR.** | : | |

## ORDER

**AND NOW**, this 26th day of September 2022, upon considering Defendant's Motion to terminate his supervised release (ECF Doc. No. 93), the United States' Response agreeing to the termination of Defendant's period of supervised release under section 3583 (e)(1) (ECF Doc. No. 98), and for good cause shown based on our independent analysis of the section 3553 factors and Defendant's compliance with terms of supervised release for over six years commending we terminate supervised release in the interests of justice, it is **ORDERED** Defendant's Motion (ECF Doc. No. 93) is **GRANTED** requiring we **amend** the April 16, 2003 Judgment and Commitment Order (ECF Doc. No. 32)  only to terminate supervised release immediately.

                                                                                         _____
                                                                                         **KEARNEY, J.**